# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



D STATES OF AMERICA,

V.



**FILED**

DEC 9 2008

KING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH WILLIS, JR.
a/k/a "Jomo,"

DEFENDANT(S).

## INDICTMENT

21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii) - Distribution & Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine

---

A true bill.

_____
Foreman

Filed in open court this ____ day of ____

**BETTY P. LEE**

EDWARD M. CHEN
Clerk UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

_____ Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

See Attached.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attached.

**DEFENDANT - U.S.**

▶ JOSEPH WILLIS, JR., a/k/a "Jomo"

DISTRICT COURT NUMBER

CR 08 0884 VRW

FILED
DEC 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Jon Dubin - Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    William Frentzen

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No    } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

**PENALTY SHEET ATTACHMENT**
**JOSEPH WILLIS, JR.**
a/k/a "Jomo"

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii) - Distribution & Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine

Count One: Not less than 5 years and not more than 40 years imprisonment; not more than a $2,000,000 fine; at least 4 years supervised release; and a $100 special assessment.

With prior felony drug conviction: Not less than 10 years and not more than life imprisonment; not more than a $4,000,000 fine; at least 8 years supervised release and a $100 special assessment.

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

DEC 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VRW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH WILLIS, JR., a/k/a "Jomo,"<br>Defendant. | CR 08 0884<br>VIOLATION: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) – Distribution and Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine.<br><br>SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about January 16, 2008, in the Northern District of California, the defendant,

JOSEPH WILLIS, JR., a/k/a "Jomo,"

did knowingly and intentionally distribute and possess with intent to distribute a Schedule II controlled substance, to wit, 5 grams or more of crack cocaine, a mixture and substance which contained cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

///

DATED:                                   A TRUE BILL.

12/9/08

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JAMES T. CHOU
Chief, Organized Crime Strike Force

(Approved as to form: _____ )
                                 AUSA William Frentzen

INDICTMENT                                 2