# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Joseph Willis, Jr. | )<br>)<br>)  Case No: CR 08-0884-01 MMC<br>)  USM No: 12655-111 |
| Date of Previous Judgment:   12/17/2009<br>*(Use Date of Last Amended Judgment if Applicable)* | )  Frank Bell<br>)  Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **102** months **is reduced to** **60 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 18 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 46 to 57 months | Amended Guideline Range: | 30 to 37 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other *(explain)*:
Amended sentence is the statutory mandatory minimum.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated **12/17/2009** shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/18/2011

*Judge's signature*

Effective Date:   11/01/2011
*(if different from order date)*

Maxine M. Chesney, U.S. District Judge
*Printed name and title*