2198571
05927-748

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED
STATES MARSHAL
DEC 10 AM 9:12

NORTHERN DISTRICT
OF CALIFORNIA

UNITED STATES OF AMERICA
V.
JOSEPH WILLIS, JR.
a/k/a "Jomo"

**WARRANT FOR ARREST**

Case Number: CR 08-824 VRW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____JOSEPH WILLIS, JR., a/k/a "Jomo"____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

Distribution & Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine

in violation of Title __21__ United States Code, Section(s) __§ 841(a)(1) & (b)(1)(B)(iii)__

~~Honorable Edward M. Chen~~
Name of Issuing Officer

~~U.S. Magistrate Judge~~ DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

DEC 10 2008
Date and Location

## EXECUTED

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| OAKLAND, CA |

| DATE RECEIVED 12/10/2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01/05/2009 | FBI SA DUBIN | FBI SA DUBIN |